

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-14-00023-CR

Jesus **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2003-CRS-000058-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

On January 9, 2014, appellant filed a pro se notice of appeal relating to the judgment signed by the trial court on November 19, 2003. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 19, 2003. TEX. R. APP. P. 26.2(a)(1). Accordingly, the record shows that appellant's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1). When a notice of appeal and motion for extension of time are not filed within the fifteen-day grace period allowed by Rule 26.3 as in this case, the appellate court lacks jurisdiction. TEX. R. APP. P. 26.3; *see Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (late notice of appeal invokes appellate court's jurisdiction in a criminal case only if (i) it is filed within fifteen days of the last day allowed for filing the notice of appeal, (ii) a motion for extension of time is filed in the court of appeals within the fifteen-day grace period, and (iii) the court of appeals grants the motion for extension of time); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (an out-of-time appeal from a final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

Therefore, it is ORDERED that appellant show cause in writing why the State's motion to dismiss this appeal should not be granted and the appeal should not be dismissed for lack of jurisdiction **within fourteen (14) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.



_____
Keith E. Hottle
Clerk of Court